**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| STEPHEN B. SMALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   11-00470-CV-W-DGK |
| | ) | |
| FEDERAL HOME LOAN MORTGAGE | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff having failed to show cause why this case should not be dismissed for failure to

prosecute as to Defendants David M. Applegate, Ally Financial, Inc., and Ally Financial, Inc.'s

individual Directors, it is hereby

ORDERED that Defendants David M. Applegate, Ally Financial, Inc., Franklin W. Hobbs,

Robert T. Blakley, Mayree C. Clark, Stephen A. Feinberg, Kim S. Fennebresque, Marjorie

Magner, John J. Stack, Michael A. Carpenter, and William F. Muir are dismissed.

        /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated:   March 27, 2012